# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, M.A. WHITSON**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## JHOANA ROJO
## CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201500271
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 8 May 2015.
**Military Judge:** LtCol D.M. Jones, USMC.
**Convening Authority:** Commanding Officer, Marine Aviation Logistics Squadron 31, MAG 31, Beaufort, SC.
**Staff Judge Advocate's Recommendation:** LtCol J.J. Murphy, III, USMC.
**For Appellant:** LCDR Ryan Mattina, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**14 January 2016**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court